# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **IAN KIRKPATRICK,** *On Behalf of Himself and* *All Others Similarly Situated*, )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**MATHIS BATTERY COMPANY, INC.** **d/b/a PADUCAH BATTERY SUPPLY,** )<br>)<br>**Defendant.** ) | Case No.: 5:20-cv-00089-TBR<br><br>JURY DEMAND |

## AGREED ORDER OF DISMISSAL

NOW COME the parties, by and through their undersigned counsel, and state that this matter has been resolved. Accordingly, the case shall be dismissed with prejudice with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Have Seen and Agreed:

s/ D. Wes Sullenger_____
D. Wes Sullenger, *Atty for Plaintiff*

Jamie M. Goetz-Anderson *w/ perm. DWS*____
Jamie M. Goetz-Anderson¸ *Atty for Defendant*

Respectfully submitted,

s/ D. Wes Sullenger_____
D. Wes Sullenger, KY BAR # 91861
    TN BPR # 021714
    IL ARDC 6322019

Sullenger Law Office, PLLC
629 Washington Street
Paducah, KY 42003
Voice: (270) 443-9401

wes@sullengerfirm.com

*Attorney for the Plaintiff,*
*Ian Kirkpatrick*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 23rd day of Decmeber 2020, a copy of the foregoing was served, via Electronic Mail, on:

Jamie M. Goetz-Anderson, Esq.
Morgan A. Davenport, Esq.
Jackson Lewis, P.C.
PNC Center, 26th Floor
201 East 5th Street
Cincinnati, OH 45202

s/ D. Wes Sullenger
D. Wes Sullenger

2