# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **IAN KIRKPATRICK,** *On Behalf of Himself and* *All Others Similarly Situated*, ) ) ) **Plaintiff,** ) ) **v.** ) ) **MATHIS BATTERY COMPANY, INC.** **d/b/a PADUCAH BATTERY SUPPLY,** ) ) ) **Defendant.** ) | Case No.: 5:20-cv-00089-TBR  JURY DEMAND |

## AGREED ORDER OF DISMISSAL

NOW COME the parties, by and through their undersigned counsel, and state that this matter has been resolved. Accordingly, the case shall be dismissed with prejudice with each party to bear its own attorney's fees and costs.

All deadlines, telephonic conferences, the final pretrial, and the jury trial are VACATED. This case is now closed.

**IT IS SO ORDERED.**

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**

December 29, 2020

Have Seen and Agreed:

s/ D. Wes Sullenger_____
D. Wes Sullenger, *Atty for Plaintiff*

Jamie M. Goetz-Anderson_ *w/ perm. DWS*___
Jamie M. Goetz-Anderson¸ *Atty for Defendant*